# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2005

129936

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____

IN RE JENNIFER ANNE CONGDON and
BRUCE WILLIAM CONGDON, Minors.

_____

FAMILY INDEPENDENCE AGENCY,
        Petitioner-Appellee,

v

SC: 129936
COA: 260374
Oakland CC
Family Division: 02-665473-NA

BRIDGETTE CONGDON,
        Respondent-Appellant,

and

BRUCE WILLIAM CONGDON,
        Respondent.

_____/

      On order of the Court, the application for leave to appeal the November 1, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2005

_____
Clerk

s1220